IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ORLANDO McCRAE,                                             6:13-cv-00164-MA

            Petitioner,                                  ORDER

   v.

SUPERINTENDENT JEFF PREMO,

            Respondent.

MARSH, Judge

    Petitioner's motion to voluntarily dismiss (#33) is GRANTED. This proceeding is DISMISSED, with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this **19** day of February, 2014.

                                    Malcolm F. Marsh
                                    Malcolm F. Marsh
                                    United States District Judge

1 - ORDER