IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ORLANDO McCRAE,　　　　　　　　　　　　　　　　6:13-cv-00164-MA

　　　　Petitioner,　　　　　　　　　　　　　　　　ORDER

　v.

SUPERINTENDENT JEFF PREMO,

　　　　Respondent.

MARSH, Judge

　　Petitioner's motion to voluntarily dismiss (#33) is GRANTED. This proceeding is DISMISSED, with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(c)(2).

　　IT IS SO ORDERED.

　　DATED this __19__ day of February, 2014.

　　　　　　　　　　　　　　　　　　/s/ Malcolm F. Marsh
　　　　　　　　　　　　　　　　　　Malcolm F. Marsh
　　　　　　　　　　　　　　　　　　United States District Judge

1 - ORDER